CALIFORNIA ET AL. v. PHILLIPS PETROLEUM CO. ET AL.

No. 373. Decided May 20, 1968.*

*Mary Moran Pajalich* and *J. Calvin Simpson* for petitioners in No. 373. *Frederick T. Searls* and *Malcolm H. Furbush* for Pacific Gas & Electric Co., *C. Hayden Ames* for San Diego Gas & Electric Co., and *John Ormasa* for Southern California Gas Co. et al., petitioners in No. 380. *Solicitor General Marshall* and *Richard A. Solomon* for petitioner in No. 385.

*Tom P. Hamill, R. D. Haworth, James L. Armour, William H. Tabb,* and *Carroll L. Gilliam* for respondent Mobil Oil Corp. in all three cases.

PER CURIAM.

The petitions for writs of certiorari are granted and the judgments are vacated. The cases are remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of the *Permian Basin Area Rate Cases,* 390 U. S. 747.

MR. JUSTICE DOUGLAS dissents.

MR. JUSTICE MARSHALL took no part in the consideration or decision of these cases.

---

*Together with No. 380, *Pacific Gas & Electric Co. et al.* v. *Phillips Petroleum Co. et al.,* and No. 385, *Federal Power Commission* v. *Phillips Petroleum Co. et al.,* also on petitions for writs of certiorari to the same court.